GEORGE B. REYNOLDS, Respondent, *v.* JAMES S. GRAHAM, as Receiver of No. 284 FULTON STREET, BROOKLYN, NEW YORK, Appellant.

Submitted October 22, 1937; decided November 23, 1937.

*Eugene T. O' Neill* and *James E. Turner* for appellant.

*Edmond J. d'Angio* and *Hugo P. Dreher* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: LEHMAN, J.